Dismissed and Memorandum Opinion filed June 19, 2008








Dismissed
and Memorandum Opinion filed June 19, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00246-CV

____________

 

CLARENCE PREVOST,
Appellant

 

V.

 

THE CITY OF HOUSTON, THE
FIREFIGHTERS CIVIL SERVICE COMMISSION, AND CHRISTOPHER CONNEALLY,
Appellees

 



 

On Appeal from the 215th District
Court

Harris County, Texas

Trial Court Cause No.
2003-67569

 



 

M E M O R A N D U M  O P I N I O N








This is
an appeal from a judgment signed March 13, 2008.  The notice of appeal was
filed on March 26, 2008.  To date, our records show that appellant has neither
established indigence nor paid the $175.00 appellate filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent);Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals and
Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138
(Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same). 

After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellant has not paid the filing fee in accordance with our
order of May 15, 2008.  See Tex.
R. App. P. 42.3.  Accordingly, the appeal is ordered dismissed.  See
Tex. R. App. P. 42.3(c) (allowing
involuntary dismissal of case because
appellant has failed to comply with notice from clerk requiring response or
other action within specified time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum Opinion filed June
19, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.